## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF IOWA
## WESTERN DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

vs.

MARTIN LOOS,

Defendant.

No. C 95-4028

**OPINION AND ORDER
REGARDING THE DEFENDANT'S
MOTION TO VACATE JUDGMENT
LIEN**

_____

This case, a foreclosure action on a loan to the defendant from the United States Department of Agriculture—Farmers Home Administration (FmHA), now known as the Farm Service Agency (FSA), is before me on defendant Martin Loos's January 17, 2017, *pro se* Motion To Vacate Judgment Lien, as supplemented on February 6, 2017. The government filed a Response on March 10, 2017, requesting that I deny Mr. Loos's Motion. I have reviewed the parties' submissions. Essentially for the reasons stated by the government, I conclude that Mr. Loos's Motion should be denied.

THEREFORE, defendant Martin Loos's January 17, 2017, *pro se* Motion To Vacate Judgment Lien (docket no. 23), as supplemented on February 6, 2017 (docket no. 24), is **denied**.

**IT IS SO ORDERED**.

**DATED** this 20th day of March, 2017.

MARK W. BENNETT
U.S. DISTRICT COURT JUDGE
NORTHERN DISTRICT OF IOWA